FILED

AUG - 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:03-cr-05368-AWI-1 |
| Plaintiff, | **ORDER DIRECTING THE CLERK'S OFFICE TO RETURN RESTITUTION OVERPAYMENT TO DEFENDANT** |
| v. | |
| **KEJUAN CHAVIS MOORE,** | |
| Defendant. | |

On June 7, 2004, Defendant Kejuan Chavis Moore was sentenced to 90 months in custody as a result of his conviction for armed bank robbery. The judgment included an order of restitution in the amount of $2,127.00, imposed jointly and severally with five other co-defendants. On May 18, 2006, the United States acknowledged that the restitution amount had been paid in full and released the lien previously obtained against Defendant. Despite the release, the Federal Bureau of Prisons made seven additional restitution payments out of Defendant's trust account, each in the amount of $25.00. The Court received those electronic payments on July 2, 2007, September 11, 2007, March 11, 2008, July 1, 2008, October 1, 2008, July 6, 2009, and February 1, 2010, for a total amount of $175.00.

By the time that the Court was made aware of the error, Defendant had been released from custody. The funds were transferred to the Court's unclaimed funds account. Mr. Moore has since been returned to federal custody on an unrelated matter. He is scheduled for release on

August 21, 2016. The Court will return the amount overpaid in restitution to Defendant before the date of his release.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall return the $175.00 restitution overpayment to Defendant Kejuan Chavis Moore,[1] Register Number 61458-097, presently housed at Federal Correctional Institution Victorville Medium I.

IT IS SO ORDERED.

Dated: __August 4, 2016__

SENIOR DISTRICT JUDGE

---

[1] Defendant Moore appears in the BOP database as Kejaun Chavis Moore.